UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

----------------------------------------------------------- X

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

-----------------------------------------------------------

This document relates to:

*Hollena Switzer v. Bayer Healthcare Pharmaceuticals Inc et al.,*     No.: 3:10-cv-10576-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the stipulation of dismissal filed with this Court on December 7, 2011, the above case is **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:     /s/*Sandy Pannier*
        **Deputy Clerk**

Dated: December 21, 2011

David R. Herndon
2011.12.21
09:54:13 -06'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**