UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------- X

IN RE YASMIN AND YAZ　　　　　　　　　3:09-md-02100-DRH-PMF
(DROSPIRENONE) MARKETING,
SALES PRACTICES AND RELEVANT　　　　MDL No. 2100
PRODUCTS LIABILITY LITIGATION

-------------------------------------------------------------

This document relates to:

*Hollena Switzer v. Bayer Healthcare
Pharmaceuticals Inc et al.,*　　　　　　　No.: 3:10-cv-10576-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the stipulation of dismissal filed with this Court on December 7, 2011, the above case is **DISMISSED** with prejudice. Each party shall bear their own costs.

　　　　　　　　　　　　　　　　　NANCY J. ROSENSTENGEL,
　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　　BY:　　　/s/*Sandy Pannier*
　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**

Dated: December 21, 2011

David R. Herndon
2011.12.21
09:54:13 -06'00'

**APPROVED:**
　　**CHIEF JUDGE
　　U. S. DISTRICT COURT**